## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Williams, Gregory

Printed:  9/3/08

Case Number:  04 B 33328
Judge:  Wedoff, Eugene R
Filed:  9/8/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  June 12, 2008
Confirmed:  October 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,980.00 |  |
| Secured: |  | 2,933.13 |
| Unsecured: |  | 1,625.70 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,055.12 |
| Trustee Fee: |  | 365.16 |
| Other Funds: |  | 0.89 |
| Totals: | 6,980.00 | 6,980.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,055.20 | 2,055.12 |
| 2. | Overland Bond & Investment Corp | Secured | 1,966.14 | 1,966.14 |
| 3. | Monterey Financial Services | Secured | 966.99 | 966.99 |
| 4. | Monterey Financial Services | Unsecured | 236.95 | 236.95 |
| 5. | T Mobile USA | Unsecured | 30.92 | 30.92 |
| 6. | Overland Bond & Investment Corp | Unsecured | 1,261.95 | 1,261.95 |
| 7. | Marquette National Bank | Unsecured | 95.88 | 95.88 |
| 8. | Shaw Brothers | Unsecured | | No Claim Filed |
| 9. | Midland Credit Management | Unsecured | | No Claim Filed |
| 10. | Providian | Unsecured | | No Claim Filed |
| 11. | Dependon Collections Service | Unsecured | | No Claim Filed |
| | | | $ 6,614.03 | $ 6,613.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 64.34 |
| 4% | 19.80 |
| 3% | 14.86 |
| 5.5% | 81.67 |
| 5% | 24.75 |
| 4.8% | 47.52 |
| 5.4% | 112.22 |
| | $ 365.16 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Williams, Gregory                    Case Number:   04 B 33328

                                                  Judge:   Wedoff, Eugene R

       Printed:   9/3/08                          Filed:   9/8/04


Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.


Marilyn O. Marshall, Trustee, by:

